UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VISHAKHA SHAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00504 AGF |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court[1] on Plaintiff's application for reimbursement of attorney's fees in the amount of $1,289.19 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B), and costs (filing fee) of $250.00. Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of Plaintiff's application for disability insurance benefits. Plaintiff's request for fees is supported by appropriate documentation. The Commissioner does not object to Plaintiff's request,[2] noting that the cost of the filing fee is paid out of the Judgment Fund administered by the

---

[1] The parties consented to the exercise of jurisdiction by the undersigned United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

[2] Although the present motion was filed beyond the 30-day time limit for such motions, this time limit is not "jurisdictional" in the sense that it can not be waived, and such waiver exists here by virtue of the government's specific acquiescence in Plaintiff's request. See Scarborough v. Principi, 541 U.S. 401, 413-14 (2004); Vasquez v. Barnhart, 459 F. Supp. 835, 836-37 (N.D. Iowa 2006).

Department of the Treasury. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees and costs is **GRANTED** in the amount of $1,289.19 in fees and $250.00 in costs. The payment of $250.00 for costs should be made directly to Gateway Legal Services, Inc., from the Judgment Fund administered by the Department of the Treasury. [Doc. #14]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of June, 2007.